**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000187
15-OCT-2019
09:23 AM**

NO. CAAP-19-0000187

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
EDREI JAY ARREOLA, also known as EJ, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1CPC-18-0000653)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Fujise and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal, filed on August 19, 2019, by Defendant-Appellant Edrei
Jay Arreola (**Arreola**), it appears that (1) the appeal was
docketed on May 9, 2019; (2) pursuant to Hawai'i Rules of
Appellate Procedure (**HRAP**) Rule 42(b), the parties stipulate to
dismiss the appeal; (3) the stipulation is signed by counsel for
all parties appearing in the appeal; (4) the stipulation includes
Arreola's declaration showing he understands the consequences of

voluntary dismissal, consistent with HRAP Rule 42(c); and (5) dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 15, 2019.

Chief Judge

Associate Judge

Associate Judge